IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE FIRST BAPTIST CHURCH
OF PANAMA CITY BEACH, INC.,

    Plaintiff,

v.

    District Court Case:
    Circuit Court Case No.: 09-6483-CA

BECO, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Defendant, BECO, Inc., by and through its undersigned counsel and pursuant to 28 USC §1446, files this notice of removal and hereby removes this action from the Circuit Court of Bay County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division, for the following reasons:

1. The removing party, BECO, Inc., is the Defendant in the above-entitled action.

2. On December 23, 2009, Plaintiff filed the above-entitled action, Case No. 09-6483-CA, against Defendant, which is now pending in the Circuit Court of Bay County, Florida.

3. Defendant was served with initial process in the above-entitled action on December 24, 2009.

4. No further proceedings have been had in state court except those attached to the Notice of Filing State Court Record filed contemporaneously herewith.

5. Defendant removes this action to federal court under diversity jurisdiction, 28 U.S.C. §1332.

6. Plaintiff is incorporated in the State of Florida and its principal place of business is in the State of Florida.

7. Defendant is incorporated in the State of Georgia and its principal place of business is in the State of Georgia.

8. Plaintiff's complaint alleges that it seeks damages that would be in excess of $76,000 (Comp., ¶12), satisfying the Court's "amount in controversy" requirement for removal based on diversity jurisdiction. Therefore, the Court has jurisdiction over this case under 28 U.S.C. Section 1332 and this case may be removed pursuant to 28 U.S.C. Section 1441.

9. The United States District Court has jurisdiction over the parties in this litigation and venue in the Panama City Division is appropriate.

10. This notice is filed with this Court within thirty (30) days of service of the summons and complaint in the above-entitled action on the removing party, Defendant BECO, Inc.

11. Defendant will give written notice of this removal to Plaintiff as required by law.

12. A copy of this notice will be filed with the Clerk of Circuit Court of Bay County, Florida, as provided by law.

WHEREFORE the removing party, Defendant BECO, Inc., prays that the above-entitled action be removed from the Circuit Court of Bay County, Florida, to this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to **Julie Ann Sombathy**; Isler, Sombathy & Sombathy, P.A.; 434 Magnolia Avenue; Panama City, Florida 32401, by Notice of Electronic Filing and U.S. mail, this 19th day of January, 2010.

Shane M. Dean
Florida Bar #499889
BOZEMAN, JENKINS & MATTHEWS, P.A.
114 East Gregory Street (32501)
Post Office Box 13105
Pensacola, Florida 32591-3105
850/434-6223
Attorneys for Defendant BECO, Inc.