IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE FIRST BAPTIST CHURCH OF PANAMA
CITY BEACH, INC.,

    Plaintiff,

vs.                                              CASE NO. 5:10cv10/RS-MD

BECO, INC.,

    Defendant.
_____/

## ORDER

Before me are Defendant's Motion To Dismiss Or Stay Pending Arbitration (Doc. 4-3) and the Report Of The Parties' Planning Meeting (Doc. 14).

**IT IS ORDERED:**

1. Activity in this case is stayed until October 22, 2010. The parties shall file monthly status reports of the progress of the arbitration proceeding with the court not later than the 15th day of each month.

2. Failure to complete arbitration not later than October 22, 2010, without good cause may result in a waiver of the right to arbitrate. Waiver may occur if a party acts inconsistently with the right o arbitration, such as undue delay, and in some way prejudices the other party. See *Ivax Corp. v. B. Braun of America, Inc.*, 286 F.3d 1309, 1315-16 (11th Cir. 2002); *S&H Contractors, Inc. v. Taft Coal Col, Inc.*, 906 F.2d 1507, 1514 (11th Cir. 1990).

**ORDERED** on March 2, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**