IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FIRST BAPTIST CHURCH OF PANAMA
CITY BEACH, INC.,

    Plaintiff,

vs.                                      CASE NO. 5:10cv10/RS-CJK

BECO, INC.,
    Defendant.
_____/

## ORDER

Before me are Plaintiff's Bill Of Costs (Doc. 104), Plaintiff's Motion For Attorney's Fees And Related Non-Taxable Costs (Doc. 105), and Plaintiff's Affidavit Of Related Non-Taxable Costs (Doc. 106).

**IT IS ORDERED:**

1. The clerk is directed to process Plaintiff's Bill of Costs (Doc. 104).

2. Plaintiff is awarded attorney's fees in the amount of $76,426.50 and non-taxable costs in the amount of $19,131.19. The clerk is directed to enter judgment for Plaintiff against Defendant in these amounts.

**ORDERED** on June 2, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**